1  Jane Parry Ewers, WSBA #25189
   Turner, Stoeve & Gagliardi, P.S.
2  313 W. Riverside Avenue
   Spokane, WA 99201
3  Phone: (509) 326-1552
   Fax: (509) 325-1425
4  jpewers@tsglaw.net
5  Attorney for Plaintiff Trust Funds

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9           FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

10 | IBEW HEALTH & WELFARE TRUST OF
   | SOUTHWEST WASHINGTON,                | NO. 3:13-mc-05032-BHS
11 |
12 |             Plaintiff,                | ORDER TO ISSUE WRIT OF
   |                                       | GARNISHMENT AGAINST
13 |     vs.                               | TWINSTAR CREDIT UNION
14 | PAUL PARSONS, an individual;
   | RACHELLE L. MILLER-PARSONS, an
15 | individual,
16 |             Defendants.
17 | TWINSTAR CREDIT UNION, P.O. Box
   | 718, Olympia, WA  98507,
18 |
19 |             Defendant Garnishee.

20
       This matter comes before the Court on Plaintiff's Application for Writ of
21
   Garnishment against property in which the Defendant, PAUL PARSONS has a
22

23

ORDER TO ISSUE WRIT - 1                         TURNER, STOEVE & GAGLIARDI, P.S.
                                                     313 W. RIVERSIDE AVENUE
                                                   SPOKANE, WASHINGTON 99201
                                                         (509) 326-1552

substantial non-exempt interest in and which may be in the possession, custody or control of the Garnishee, TWINSTAR CREDIT UNION, P.O. Box 718, Olympia, WA 98507.

The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of this Court shall issue the Writ of Garnishment submitted by Plaintiff's counsel naming TwinStar Credit Union as a Garnishee Defendant. The procedures outlined in RCW 6.27, et. seq. shall govern the garnishment proceeding.

DATED this __7__ day of __October__, 2014.

_____
The Honorable BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

TURNER, STOEVE & GAGLIARDI, P.S.

s/Jane Parry Ewers
JANE PARRY EWERS, WSBA #25189
313 W. Riverside Avenue
Spokane, WA 99201
Phone: (509) 326-1552
Fax: (509) 325-1425
jpewers@tsglaw.net
Attorney for Plaintiff Trust Funds

ORDER TO ISSUE WRIT - 2

TURNER, STOEVE & GAGLIARDI, P.S.
313 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
(509) 326-1552