The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| IBEW HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, | NO.  3:13-mc-05032-BHS |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| PAUL PARSONS, an individual; RACHELLE L. MILLER-PARSONS, an individual, | |
| Defendants. | |

Upon review of Plaintiff IBEW Health & Welfare Trust of Southwest Washington's motion to dismiss and the Court's file, the Court finds that dismissal of this action is appropriate pursuant to F.R.C.P. 41(a)(2), and hereby orders this matter dismissed, without prejudice and without costs.

ENTERED this _____ 20 _____ day of June, 2015.

_____
Honorable Benjamin H. Settle

ORDER DISMISSING ACTION
(3:13-MC-05032BHS) - 1

TURNER, STOEVE & GAGLIARDI, P.S.
313 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
(509) 326-1552; (509) 325-1425 (Fax)

1

2

TURNER, STOEVE & GAGLIARDI, P.S.

3

s/Jane Parry Ewers

JANE PARRY EWERS, WSBA #25189

4

313 W. Riverside Avenue

Spokane, WA 99201

5

Phone: (509) 326-1552

Fax: (509) 325-1425

6

jpewers@tsglaw.net

Attorney for Plaintiff Trust Funds

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING ACTION
(3:13-MC-05032BHS) - 2

TURNER, STOEVE & GAGLIARDI, P.S.
313 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
(509) 326-1552; (509) 325-1425 (Fax)